NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LAURI VALJAKKA,**
*Plaintiff-Appellant*

**v.**

**NETFLIX, INC.,**
*Defendant-Appellee*

**GOOGLE LLC, AKAMAI TECHNOLOGIES, INC., RPX CORPORATION, WHITESTONE LAW,**
*Interested Parties*

**v.**

**AIPI, LLC,**
*Interested Party*

**RAMEY LLP, WILLIAM PETERSON RAMEY, III,**
*Sanctioned Parties-Appellees*

---

2026-2131

---

Appeal from the United States District Court for the Northern District of California in No. 4:22-cv-01490-JST, Judge Jon S. Tigar.

---

## ORDER

Upon consideration of a motion subject to Rule 4(a)(4) of the Federal Rules of Appellate Procedure pending in the United States District Court for the Northern District of California,

IT IS ORDERED THAT:

The appeal is deactivated. Within seven days of the district court's disposition of the pending motion, the parties are directed to inform the court as to how they believe this appeal should proceed.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

September 2, 2026
Date

cc: United States District Court for the Northern District of California